439 A.2d 110

**COMMONWEALTH of Pennsylvania,**

v.

**Daniel L. SULLIVAN, Appellant.**

Supreme Court of Pennsylvania.

Dec. 30, 1981.

## ORDER

PER CURIAM.

AND NOW, this 30th day of December, 1981, any sentence of imprisonment being manifestly excessive in this case, the Order of the Superior Court affirming the judgment of sentence is reversed, the sentence is vacated and the case is remanded to the Court of Common Pleas for imposition of a reasonable sentence in accordance with the standards set forth in 42 Pa.C.S.A. § 9721 *et seq.* and *Commonwealth v. Riggins,* 474 Pa. 115, 377 A.2d 140 (1977).